UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**TRUSTEE'S SUPPLEMENTAL REPORT**

CASE NO.:   17-71867-LRC

DEBTOR:   NICOLE SMITH

At the hearing on Confirmation held on May 22, 2018, Trustee requested that the hearing be reset to July 10, 2018. However, Trustee also announced an agreement that if Debtor failed to provide proof of January 2018 through May 2018 post-petition mortgage payment(s) within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Debtor has failed to provide proof of all post-petition mortgage payment(s).

Please enter an Order of Dismissal.


Dated:   This the __14__ day of June, 2018.

_____/s/_____
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444


Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia   30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| NICOLE SMITH | ) | |
| | ) | CASE NO.: 17-71867-LRC |
| | ) | |
| | ) | |
| DEBTOR. | ) | |

17-71867-LRC                **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

    DEBTOR(S):

    NICOLE SMITH
    925B PEACHTREE ST NE, #143
    ATLANTA, GA  30309

    DEBTOR(S) ATTORNEY:

    SLIPAKOFF & SLOMKA, PC
    OVERLOOK III, SUITE 1700
    2859 PACES FERRY RD, SE
    ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

June 14 ,2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450